# Supreme Court of Florida

---

No. SC2024-1763

---

**IN RE: AMENDMENTS TO FLORIDA RULE OF TRAFFIC COURT 6.450.**

September 11, 2025

PER CURIAM.

The Florida Bar's Traffic Court Rules Committee has filed a report proposing amendments to Florida Rule of Traffic Court 6.450 (Order of Hearing). The Committee unanimously approved the proposed amendments, and the Board of Governors unanimously recommends their acceptance. The Committee published the proposed amendments online and in the August 2024 edition of *The Florida Bar News*, and it received no comments. After the proposed amendments were filed with the Court, we republished the proposal and also received no comments. Having considered the Committee's report, we hereby adopt the amendments as proposed. The more significant amendments are as follows.

First, we amend subdivision (e) (Further Examination) of rule 6.450 to allow hearing officials to examine witnesses any time before commencement of closing statements.  Next, we amend subdivision (f) (Closing Statement) to clarify that no testimony or evidence may be entered into the record once closing statements have commenced.

Accordingly, the Florida Rules of Traffic Court are hereby amended as reflected in the appendix to this opinion.  New language is indicated by underscoring; deletions are indicated by struck-through type.  The amendments are effective immediately.

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules of Traffic Court

Rand Scott Lieber, Chair, Traffic Court Rules Committee, Hollywood, Florida, Mary Ann Etzler, Past Chair, Traffic Court Rules Committee, Orlando, Florida, Joshua E. Doyle, Executive Director, The Florida Bar, Tallahassee, Florida, and Kelly Noel Smith, Bar Liaison, The Florida Bar, Tallahassee, Florida,

for Petitioner

**APPENDIX**

## RULE 6.450.   ORDER OF HEARING

**(a)   When Traffic Infraction Admitted.** If a defendant admits that the traffic infraction was committed, the official ~~shall~~must permit the defendant to offer a statement concerning the commission of the infraction. The official may examine the defendant and issuing officer concerning the infraction prior to making a determination as to the civil penalty to be imposed.

**(b)   Description of Procedure.** Before the commencement of a hearing the official ~~shall~~must briefly describe and explain the purposes and procedure of the hearing and the rights of the defendant.

**(c)   Defense.** The defendant may offer sworn testimony and evidence and, after such testimony is offered, ~~shall~~must answer any questions asked by the official.

**(d)   Additional Witnesses.** If the testimony of additional witnesses is to be offered, the order in which the witnesses ~~shall~~must testify ~~shall~~must be determined by the official conducting the hearing. Any such witness ~~shall~~must be sworn and ~~shall~~must testify, and may then be questioned by the official, and thereafter may be questioned by the defendant or counsel.

**(e)   Further Examination.** ~~Upon the conclusion of such testimony and examination~~At any time prior to closing statements commencing, the official may further examine or allow such examination as the official deems appropriate.

**(f)   Closing Statement.** At the conclusion of all testimony and examination, the defendant or counsel ~~shall~~must be permitted to make a statement in the nature of a closing argument. Once any closing statement has begun, no further testimony or evidence may be entered into the record.

**(g)   [No Change]**